UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIANCA K. ADAMS,

    Plaintiff(s),

v.

SOCIAL SECURITY ADMIN.,

    Defendant(s).
_____/

No. C-14-05274 DMR

**ORDER TO SHOW CAUSE**

Plaintiff Bianca K. Adams brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision by Defendant Carolyn W. Colvin, the Commissioner of the Social Security Administration. Defendant filed an answer to the Complaint on December 9, 2014. In accordance with Local Rule 16-5, Plaintiff was to file a motion for summary judgment within 28 days of receipt of Defendant's answer. To date, Plaintiff has not filed a motion for summary judgment. Accordingly, by no later than January 28, 2015, Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Failure to respond by January 28, 2015 may result in the dismissal of this action.

    IT IS SO ORDERED.

Dated: January 12, 2015



_____
DONNA M. RYU
United States Magistrate Judge