UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA KAMILAH ADAMS, | No. C-14-05274 DMR |
| Plaintiff(s), | **ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

Plaintiff Bianca K. Adams filed this action on August 18, 2014 seeking judicial review of a final decision by the Commissioner of the Social Security Administration. The action was removed to this court on December 2, 2014. In accordance with Local Rule 16-5, Plaintiff was to file a motion for summary judgment within 28 days of receipt of Defendant's answer, which was filed on December 9, 2014. Plaintiff did not file a motion for summary judgment. On January 12, 2015, the court issued an Order to Show Cause, ordering Plaintiff to submit a written statement by no later than January 28, 2015 explaining why this action should not be dismissed for failure to prosecute. The court noted that Plaintiff's failure to respond by January 28, 2015 may result in the dismissal of this action. [Docket No. 13.]

Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

1        IT IS SO ORDERED.

3   Dated: February 11, 2015



_____
DONNA M. RYU
United States Magistrate Judge

2